IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAM BURNINGHAM,<br><br>              Plaintiff,<br>v.<br><br>ELPOLLO LOCO, INC. DBA EL POLLO LOCO #3652,<br><br>              Defendant. | MEMORANDUM DECISION AND ORDER DENYING MOTION FOR LEAVE TO AMEND COMPLAINT<br><br>Case No. 2:17-cv-0430 BCW<br><br>Magistrate Judge Brooke Wells |

Plaintiff, Sam Burningham, by and through counsel, Michael Studebaker, seeks leave to amend the Complaint.[1] In support, Plaintiff cites to "Federal Rule of Civil Procedure 15(a)(2), which states, in relevant part, 'A party may amend its pleading once as a matter of course…with the opposing party's written consent…'"[2] Plaintiff, however, fails to provide any indication that the opposing party has given written consent. Instead, Plaintiff simply attaches the new proposed Complaint that names a different Defendant.

Accordingly, the court DENIES the Motion to Amend.

DATED this 21 July 2017.

_____
Brooke C. Wells
United States Magistrate Judge

---

[1] Docket no. 5.

[2] Motion p. 1, (quoting Fed. R. Civ. P. 15(a)(2)).