THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Samuel Burningham,<br><br>Plaintiff,<br><br>v.<br><br>W.K.S Restaurant Corporation,<br><br>Defendant. | Case No.: 2:17-cv-00430-BCW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Assigned to Honorable Brooke C. Wells |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) and DUCivR 54-1(b) and (d), Plaintiff, Samuel Burningham, hereby voluntarily dismisses this Action without prejudice.

**RESPECTFULLY** submitted on this 12th day of January 2018.

>  */s/ James K. Ord, III*
> JAMES K. ORD, III, ESQ.
> P.O. Box 16266
> Salt Lake City, UT 84116
> Telephone: (435) 214-1433
> Email: james@utahADAlaw.com
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and caused a true copy of the foregoing document to be served via U.S Mail to the following recipients:

W.K.S Restaurant Corporation
88 North 1200 East
Lehi, UT 84043
*Defendant*


*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action)*